

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00087-CV

Guamnetta **BRIGGS**,
Appellant

v.

**BANK OF AMERICA, N.A.** and Federal National Mortgage Association,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-13120
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Tracy Plummer, the court reporter in this case, filed a notification stating "appellant is not entitled to appeal without paying fees and has failed to pay the fees or to make arrangements to pay the fees." Our records show appellant filed an affidavit of indigence in the trial court on February 22, 2016. It does not appear there was a timely contest filed in the trial court. Thus, the allegations in appellant's affidavit are deemed true, and the court reporter must prepare the appellate record without prepayment of costs. *See* Tex. R. App. P. 20.1(f), (k). We therefore order Tracy Plummer to file the reporter's record by June 10, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court